FILED
11/7/23 11:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Phillip Samuel Falck          )
                                      )   Case No. 23-20952 GLT
                                      )
                                      )   Chapter 13
                                      )
          Debtor(s).                  )
                                    X     Related to Docket No. 25

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

        a motion to dismiss case or certificate of default requesting dismissal

☒     a plan modification sought by:  Phillip Samuel Falck

        a motion to lift stay
        as to creditor _____

☒     Other:   The plan is being modified to provide for the filed Notice of Postpetition Mortgage Fees, Expenses, and Charges of PNC Bank National Association.  The claim was not provided for in the confirmed plan.

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒     Chapter 13 Plan dated   May 2, 2023
           Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

x     Debtor(s) Plan payments shall be changed from $ 2,579  to $ 2,589   per Month, effective  December 2023; and/or the Plan term shall be

-1-

<u>changed from    months to    months</u>.

- ❏ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❏ Debtor(s) shall file and serve _____ on or before _____.

- ❏ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❏ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ✠ Other: <u>The Notice of Postpetition Mortgage Fees, Expenses, and Charges filed on 8/4/2023 by PNC Bank National Association shall govern as to amount.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 7th Day of November, 2023

Dated: November 7, 2023

Gregory␣␣Taddonio, Chief Judge
United States Bankruptcy Court

Stipulated by:          Stipulated by:

/s/ Scott R. Lowden          /s/ James Warmbrodt
Scott R. Lowden - Counsel to Debtor    James Warmbrodt, Esq.
PA ID 72116          Counsel to Chapter 13 Trustee
100 Heathmore Avenue          600 Grant Street
Pittsburgh, PA 15227          Suite 3250 US Steel Tower
(412) 292-4254          Pittsburgh, PA 15219
lowdenscott@gmail.com

Stipulated by:

_____

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                Case No. 23-20952-GLT
Phillip Samuel Falck                                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                         User: auto                         Page 1 of 2
Date Rcvd: Nov 07, 2023             Form ID: pdf900                    Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++             Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phillip Samuel Falck, 115 Orchard Street, Mc Donald, PA 15057-1029 |
| 15597072 | + | BBVA / PNC, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233-2017 |
| 15597078 | + | Fort Cherry Ambulance, 8200 Noblestown Road, Mc Donald, PA 15057-2218 |
| 15597079 | + | Greater Washington Radiologist, P.O. Box 371863, Pittsburgh, PA 15250-7863 |
| 15597081 | | Interventional Radiology Specialists, P.O. Box 371863, Pittsburgh, PA 15250-7863 |
| 15597082 | + | Keystone Anethisia Consultants, P.O. Box 644624, Pittsburgh, PA 15264-4624 |
| 15597085 | ++ | REGIONAL CARDIAC ARRHYTHMIA INC ATTN STACY LYONS, PO BOX 645532, PITTSBURGH PA 15264-5253 address filed with court:, Regional Cardiac Arrhythmia, Inc., P.O. Box 645532, Pittsburgh, PA 15264 |
| 15597088 | + | WHS Cardiovascular Care, P.O. Box 855, Washington, PA 15301-0855 |
| 15597089 | + | WHS Pulmonary & Thoracic Surgery, P.O. Box 855, Washington, PA 15301-0855 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15612602 | | Email/Text: bnc-quantum@quantum3group.com | Nov 08 2023 00:28:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 15597074 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 08 2023 00:32:26 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15597075 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 08 2023 00:27:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15597083 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 08 2023 00:32:15 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15602391 | + | Email/Text: mrdiscen@discover.com | Nov 08 2023 00:27:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 15597076 | + | Email/Text: mrdiscen@discover.com | Nov 08 2023 00:27:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15598907 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 08 2023 00:27:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 15597077 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 08 2023 00:27:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 15597080 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 08 2023 00:27:00 | Internal Revenue Service, 1000 Liberty Avenue, Pittsburgh, PA 15222 |
| 15610946 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2023 00:32:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15618284 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 08 2023 00:27:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15618071 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 08 2023 00:27:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |

| | | | | |
|---|---|---|---|---|
| 15597084 | Email/Text: Bankruptcy.Notices@pnc.com | | Nov 08 2023 00:27:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15597073 | Email/Text: Bankruptcy.Notices@pnc.com | | Nov 08 2023 00:27:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 15615498 | Email/Text: bnc-quantum@quantum3group.com | | Nov 08 2023 00:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15597086 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 08 2023 00:32:15 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15597087 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 08 2023 00:32:05 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 09, 2023            Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Phillip Samuel Falck ricelaw1@verizon.net  lowdenscott@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Phillip Samuel Falck lowdenscott@gmail.com |

TOTAL: 5