IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Phillip Samuel Falck | : | Case No. 23-20952-GLT |
| Debtor(s) | : | Chapter 13 |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| PNC Bank National Association | : | |
| Respondent(s) | : | |

### CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S MOTION TO PRECLUDE NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Motion filed on August 1, 2024, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion appears thereon. Pursuant to the Hearing Notice, responses to the Trustee's Motion were to be filed and served no later than September 3, 2024.

9/4/2024                                          /s/ Ronda J. Winnecour
                                                  Ronda J. Winnecour
                                                  Chapter 13 Trustee PA I.D.#30399
                                                  U.S. Steel Tower- Suite 3250
                                                  600 Grant Street
                                                  Pittsburgh PA  15219
                                                  cmecf@chapter13trusteewdpa.com